UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERRY GLENN THOMPSON, JR, <br><br> Plaintiff, <br> v. <br><br> ERIC NELSON, <br><br> Defendant. | No. 3:21-CV-5573-TL-DWC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. No. 41) as well as the remaining record, and no objections or responses to the Report and Recommendation having been filed, does hereby FIND and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) Defendant's Motion for Summary Judgment (Dkt. No. 31) is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

(3) The Clerk is DIRECTED to send copies of this Order to Plaintiff, counsel for Defendant, and to the Hon. David W. Christel.

Dated this 11th day of January, 2023.

Tana Lin
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1